

CB
CI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR 04-60116-AA |
| v. | ) | |
| | ) | |
| STANISLAS GREGORY MEYERHOFF, | ) | ORDER TO UNSEAL |
| JOSEPHINE SUNSHINE OVERAKER, and | ) | INDICTMENT |
| CHELSEA DAWN GERLACH, | ) | 18 U.S.C. §§ 1366(a) and |
| | ) | 18 U.S.C. §§ 371 |
| Defendants. | ) | |

The court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Indictment be unsealed by order of this court.

DATED this **7** day of **December** 2005.

_____
~~MICHAEL W. MOSMAN~~
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Presented by:

KARIN J. IMMERGUT
United States Attorney, OSB #96314

_____
KENT ROBINSON
Assistant United States Attorney